UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KIM FERRARA,             Case No. 07 Civ. 8179

       *Plaintiff,*

-against-            7-1 CORPORATE DISCLOSURE
                                                                 STATEMENT OF HARTFORD
HARTFORD LIFE INSURANCE COMPANY,    LIFE INSURANCE COMPANY

       *Defendant.*
-----------------------------------------------------------------x

       Defendant, **HARTFORD LIFE INSURANCE COMPANY** ("HARTFORD LIFE"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby makes the following disclosures: 1) Hartford Life is a wholly owned subsidiary of Hartford Life and Accident Insurance Company, Hartford Life and Accident Company is a wholly owned subsidiary of Hartford Life, Inc., Hartford Life, Inc. is a wholly owned subsidiary of Hartford Holdings, Inc., Hartford Holdings, Inc., is a wholly owned subsidiary of The Hartford Financial Services Group, Inc., a publicly traded company.

Dated: New York, New York
       December 6, 2007

                                                   Yours, etc.

                                                   *[signature: Kevin A Horbatiuk]*
                                                   Kevin G. Horbatiuk (KGH-4977)
                                                   RUSSO, KEANE & TONER, LLP
                                                   Attorneys for Defendant
                                                   **HARTFORD LIFE INSURANCE COMPANY**
                                                   26 Broadway-28th Floor
                                                   New York, New York 10004
                                                   (212) 482-0001
                                                   (212) 482 0002
                                                   RKT File No. 836.006

TO:    JASON A. NEWFIELD, ESQ.,
         FRANKEL & NEWFIELD, P.C
         Attorneys for Plaintiff
         585 Stewart Avenue, Suite 301
         Garden City, New York 11530
         (516) 222 1600

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 6th day of December, 2007.

JASON A. NEWFIELD, ESQ.,
FRANKEL & NEWFIELD, P.C.
Attorneys for Plaintiff
585 Stewart Avenue-Suite 301
Garden City, New York 11530

                                                              _/s/ Kevin G. Horbatiuk_
                                                              **KEVIN G. HORBATIUK**