```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08 RS
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM FERRARA,                           :
                                       :
                    Plaintiff,         :
                                       :          **ORDER**
            - against -                :
                                       :          **07 Civ. 8179 (RJH) (RLE)**
HARTFORD LIFE INSURANCE COMPANY,       :
                                       :
                    Defendant.         :

**RONALD L. ELLIS, United States Magistrate Judge:**

Upon application by Plaintiff, and for good cause shown,

**IT IS HEREBY ORDERED THAT** the settlement conference scheduled for February 5,

2008, is adjourned to **May 6, 2008, at 10:00 a.m.**

**SO ORDERED this 5th day of February 2008**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge