UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM FERRARA,

                  Plaintiff,

- against -

HARTFORD LIFE INSURANCE COMPANY,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/07

ORDER

07 Civ. 8179 (RJH) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    Upon application by Plaintiff, and for good cause shown,

    **IT IS HEREBY ORDERED THAT** the settlement conference scheduled for May 6, 2008, is adjourned to **May 13, 2008, at 10:00 a.m.**

**SO ORDERED this 27th day of February 2008**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge