# RUSSO, KEANE & TONER, LLP
## ATTORNEYS AT LAW
26 BROADWAY
NEW YORK, NEW YORK 10004

(212) 482-0001
FAX (212) 482-0002

THOMAS F. KEANE
ALAN RUSSO '
STEPHEN B. TONER '
FERN FLOMENHAFT *
KEVIN G. HORBATIUK
CLAIRE F. RUSH
CHRISTOPHER G. KEANE
DAVID S. GOULD

OF COUNSEL:
SUSAN KEANE
FRANCESCA A. SABBATINO

'ALSO ADMITTED IN NEW JERSEY
+ALSO ADMITTED IN CONNECTICUT
•ALSO ADMITTED IN MASSACHUSETTS
*ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
^ ALSO ADMITTED IN GEORGIA

JOHN J. KOMAR
CHRISTOPHER D. MEHNO
THERESA VILLANI
DENISE M. BUSH '
MICHELE DEFEO *
BRENDA R. HALL
JOSEFINA A. BELMONTE
MICHAEL J. SWEENEY '
CHARLENE C. KOW *
MARIE A. CASTRONUOVO
MARIE-FABIENNE F. DECASTRO
B. BARRINGTON PINK ^
MATTHEW P. MAZZOLA
LEE-DAVID WEINER


RECEIVED MAY 15 2008
CHAMBERS OF
RICHARD J. HOLWELL

May 15, 2008

*Via Fax*
Honorable Judge Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

Re: Ferrara v. Hartford Life
Civil Action No.: 07 CV 8179
Rkt file no.: 836.006

Dear Judge Holwell,

My office represents the Defendants in the above referenced matter. As you are aware, there is a conference scheduled in this matter for May 16, 2008. However, on May 13, 2008, both parties attended a mediation in front of the Honorable United States Magistrate Judge Ellis. As a result of the mediation, the parties successfully settled this matter.

Therefore, based on consent of both parties, I respectfully request the conference scheduled for May 16, 2008 be adjourned.

*Conference cancelled.*
*A 30 day order will issue.*
*SO ORDERED*
[signature] USDJ 5/20/08

Very truly yours,
Russo, Keane & Toner, LLP

[signature]
Matthew P. Mazzola

WESTCHESTER OFFICE -- 26 GLENSIDE PLACE, CHAPPAQUA, NEW YORK 10514 (914) 238-2805
NEW JERSEY OFFICE -- 127 EAST MOUNT PLEASANT AVENUE LIVINGSTON, NEW JERSEY 07039 (973) 992-3474

RUSSO, KEANE & TONER

cc: Via fax
Jason Newfield
Frankel & Newfield, P.C.
585 Stewart Ave, suite 301
Garden City, New York, 11530
Fax#: (516) - 222 - 0513

2