

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KIM FERRARA,                                         Case No. 07 Civ. 8179 (RJH)

    *Plaintiff,*

  -against-                                          STIPULATION OF
                                                     DISMISSAL

HARTFORD LIFE INSURANCE COMPANY,

    *Defendant.*

-----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the above parties that the above matter is dismissed with prejudice and without interest or costs to either side.

Dated: New York, New York
         June 3, 2008

FRANKEL & NEWFIELD, P.C.                              RUSSO, KEANE & TONER, LLP

_____                           _____
Jason A. Newfield (JN5529)                            Kevin G. Horbatiuk (KGH4907)
Justin C. Frankel (JF5983)                            Matthew P. Mazzola (MM7427)
Attorneys for Plaintiff                               Attorneys for Defendant
KIM FERRARA                                           HARTFORD LIFE INSURANCE COMPANY
585 Stewart Avenue, Suite 301                         26 Broadway, 28th Floor
Garden City, New York 11530                           New York, New York 10004
(516) 222-1600                                        (212) 482-0001
                                                  Fax (212) 482 0002
                                                  RK&T File No. 836.006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

*The Clerk of The Court is Directed to close This Case.*

USDJ
6/10/08