UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KIM FERRARA,    Case No. 07 Civ. 8179

    *Plaintiff,*

  -against-    STIPULATION OF DISMISSAL

HARTFORD LIFE INSURANCE COMPANY,

    *Defendant.*

------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the above parties that the above matter is dismissed with prejudice and without interest or costs to either side.

Dated: New York, New York
   June 3, 2008

| FRANKEL & NEWFIELD, P.C. | RUSSO, KEANE & TONER, LLP |
|---|---|
| _____ | _____ |
| Jason A. Newfield (JN5529) | Kevin G. Horbatiuk (KGH4907) |
| Justin C. Frankel (JF5983) | Matthew P. Mazzola (MM7427) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| **KIM FERRARA** | **HARTFORD LIFE INSURANCE COMPANY** |
| 585 Stewart Avenue, Suite 301 | 26 Broadway, 28th Floor |
| Garden City, New York 11530 | New York, New York 10004 |
| (516) 222-1600 | (212) 482-0001 |
|  | Fax (212) 482 0002 |
|  | **RK&T File No. 836.006** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

SO ORDERED

[signature]
USDJ
6/12/08